(71 South. 522)

No. 20428.

### CALHOUN v. CHRISTINE OIL & GAS CO.

(April 3, 1916.)

Appeal from Twelfth Judicial District Court, Parish of De Soto; James G. Palmer, Judge.

Action by Milo Calhoun against the Christine Oil & Gas Company. From judgment for plaintiff, defendant appeals. Affirmed.

Liverman & Pollock, of Mansfield, and Hampden Story, of Shreveport, for appellant. Elam & Lee, of Mansfield, and J. S. Wheless, of Beaumont, Tex., for appellee.

O'NIELL, J. The defendant has appealed from a judgment annulling a contract purporting to be a mineral lease similar to the contract declared null in the case of Bettie Bristo v. Christine Oil & Gas Co., 71 South. 521,[1] decided to-day. For the reasons assigned in that case, the judgment appealed from is affirmed.